UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) |

3:09-md-02100-DRH

MDL No. 2100

**This Document Relates To:**

| | |
|---|---|
| *Yolanda Petty v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10648-DRH |
| *Elizabeth Phillips, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10668-DRH |
| *Katherine Pope v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10939-DRH |
| *Sarah Potter, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-11118-DRH |
| *Amanda Purvis, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-12243-DRH |
| *Ellen Rappoport, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-13287-DRH |
| *Starla Salvo v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-10970-DRH |
| *Erin Satterlund v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-10988-DRH |
| *Cheryl Saylor v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-10911-DRH |
| *Jennifer Schofer v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10641-DRH |
| *Sonrisa Sehlmeyer v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10210-DRH |

| | |
|---|---|
| *Christine Shellito v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-11641-DRH |
| *Erika Showalter v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10652-DRH |
| *Geneva Smith v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-11956-DRH |
| *Molly Smith, et al. v. Bayer Corporation, et al.* | No. 09-cv-10215-DRH |
| *Jaime Spurlock, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-12505-DRH |
| *Heather Stanush, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10346-DRH |
| *Megan Swiney v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10674-DRH |
| *Jennifer Thompson v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-12598-DRH |
| *Melissa Tonole v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-13324-DRH |
| *Lindsey Walker v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-12869-DRH |
| *Pamela Washington, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-13030-DRH |
| *Krista Wessley v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-12601-DRH |
| *Sharon Westphal, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-12297-DRH |
| *Kimber-Lee Wilfong, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-10547-DRH |
| *Pam Willard, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-11955-DRH |

| | |
|---|---|
| *Lisa Wilson, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10667-DRH |
| *Lori Nicole Young, et al. v. Bayer Corporation, et al.* | No. 10-cv-20339-DRH |

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on April 9, 2014, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

                                         NANCY J. ROSENSTENGEL,
                                         CLERK OF COURT

                                         BY:  */s/Sara Jennings*
                                                      Deputy Clerk

**Dated:** April 10, 2014

Digitally signed by David R. Herndon
Date: 2014.04.10 10:06:18 -05'00'

**APPROVED:**
          **CHIEF JUDGE**
          **U. S. DISTRICT COURT**

3